■ In the Matter of JOHN J. O'CONNOR, Petitioner, against NEW YORK STATE EMPLOYEES RETIREMENT SYSTEM et al., Respondents.— Decision of

January 25, 1956, dismissing proceeding vacated. Motion to dismiss proceeding granted unless petitioner brings matter on for disposition at the March, 1956, Term of this court. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 791.]